# EXHIBIT 19

| | |
|---|---|
| **From:** | James Liskow <jliskow@decarodoran.com> |
| **Sent:** | Thursday, May 23, 2019 4:57 PM |
| **To:** | Jia Cobb |
| **Cc:** | Christopher Dadak; Orly May |
| **Subject:** | RE: Kovari v. Brevard Extraditions, et al., question regarding document production |

Jia:

Can you please let us know if you are successful in serving Mr. Ishael Torres. I do not want to book any travel for this until he has been served (I may do it by telephone/videoconference either way).

Thanks,

James

---

**From:** Jia Cobb [mailto:jcobb@relmanlaw.com]
**Sent:** Wednesday, May 22, 2019 6:56 PM
**To:** James Liskow
**Cc:** Christopher Dadak; Orly May
**Subject:** Kovari v. Brevard Extraditions, et al., question regarding document production

James:

During your deposition of Mr. Tillman today, you handed me documents at the same time that you handed Mr. Tillman certain deposition exhibits. The first page consisted of Tillman's medical assessment of Mr. Kovari, and the other documents appeared to be court papers and documents from the Northwestern Regional Detention Center produced in discovery, along with documents that we produced (bearing Plaintiff's bates stamp). In my review during the deposition, I thought that they were potential exhibits that you would be using. Upon my return to the office, as I was filing away what I thought were copies of documents I already had, I was surprised to find the attached form in the middle of the of papers. It appears to be Mr. Kovari's booking form reflecting responses to medical questions he was asked during booking at the Northwestern Regional Detention Center. It also appears that Defendants obtained the document at some point in March.

I have no recollection of seeing this document before. Did you just produce this document today during your questioning of Mr. Tillman? (And, if not, please direct us to the corresponding Bates numbers for this document).

Jia

Jia M. Cobb
(licensed in D.C.)
1225 19th Street NW, Suite 600
Washington, DC 20036
202.728.1888 (o)
202.728.0848 (f)
jcobb@relmanlaw.com
www.relmanlaw.com