IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| EDWARD KOVARI | : | |
| | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CASE NO.:   5:18-cv-00070 |
| | : | |
| BREVARD EXTRADITIONS, LLC, ET. AL | : | |
| | : | |
| | : | |
|     Defendants | : | |

NOTICE OF PROPOSED ORDER

The parties, by counsel, request that this Court enter the Agreed Order of Dismissal with Prejudice attached as Exhibit 1 as all claims herein have been resolved. The parties will each bear their own costs.

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

/s/ James S. Liskow
James S. Liskow
V.S.B. No. 75883
3050 Chain Bridge Road
Suite 300
Fairfax, Virginia 22030
Tel:     (703) 255-6667
Fax:    (703) 299-8548
jliskow@decarodoran.com


GUYNN, WADDELL, CARROLL &
LOCKABY, P.C.

/s/ Jeremy E. Carroll
Jeremy E. Carroll
V.S.B. No.  41331
415 S. College Avenue
Salem, VA  24153
Tel:     (540) 387-2320

{00374767.DOCX }

Fax: (540) 389-2350
JeremyC@guynnwaddell.com

*Counsel for Defendants*

RELMAN & COLFAX PLLC

/s/ Jia M. Cobb
Jia M. Cobb, (admitted *pro hac vice*)
1225 19th Street, N.W., Suite 600
Washington, DC 20036
Tel: (202) 728-1888
Fax: (202) 728-0848
jcobb@relmanlaw.com

Jeffrey E. Fogel, VSB #76345
Attorney at Law
913 E. Jefferson Street
Charlottesville, VA 22902

*Counsel for Plaintiff*