IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| EDWARD KOVARI | : | |
| Plaintiff | : | |
| v. | : | CASE NO.:   5:18-cv-00070 |
| BREVARD EXTRADITIONS, LLC, ET. AL | : | |
| Defendants | : | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

UPON PRESENTATION of this Agreed Order of Dismissal With Prejudice pursuant to Rule 41, and the representations of all counsel that the claims herein have been fully resolved, it is

ADJUDGED, ORDERED and DECREED, that this matter is DISMISSED WITH PREJUDICE with all parties to bear their own costs.

ENTERED this _____ day of August, 2020

_____
JUDGE
United States District Court
for the Western District of Virginia

WE ASK FOR THIS:

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

/s/ James S. Liskow
James S. Liskow
V.S.B. No. 75883
3050 Chain Bridge Road
Suite 300
Fairfax, Virginia 22030
Tel: (703) 255-6667
Fax: (703) 299-8548
jliskow@decarodoran.com


GUYNN, WADDELL, CARROLL &
LOCKABY, P.C.

/s/ Jeremy E. Carroll
Jeremy E. Carroll
V.S.B. No. 41331
415 S. College Avenue
Salem, VA 24153
Tel: (540) 387-2320
Fax: (540) 389-2350
JeremyC@guynnwaddell.com

*Counsel for Defendants*

RELMAN & COLFAX PLLC

/s/ Jia M. Cobb
Jia M. Cobb, (admitted *pro hac vice*)
1225 19th Street, N.W., Suite 600
Washington, DC 20036
Tel: (202) 728-1888
Fax: (202) 728-0848
jcobb@relmanlaw.com

Jeffrey E. Fogel, VSB #76345
Attorney at Law
913 E. Jefferson Street
Charlottesville, VA 22902

*Counsel for Plaintiff*

{00374757.DOCX }  2